# UNITED STATES DISTRICT COURT
for the
District of Virgin Islands

| | |
|---|---|
| John St. Rose, Monrose Loctar, and Derrick James, individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br><br> Heavy Materials, LLC, Spartan Concrete Products, LLC, and Warren Mosler <br><br> *Defendant(s)* | Civil Action No. 2019-117 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Spartan Concrete Products, LLC
5030 Anchorway
Christiansted, VI 00820

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Korey A. Nelson, Esq. (V.I. Bar No. 2012)
BURNS CHAREST LLP
365 Canal Street, Suite 1170, New Orleans, LA 70130
Telephone: (504) 799-2845
knelson@burnscharest.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Glenda L. Lake, Esquire

Date: 12/20/2019

*Signature of Clerk or Deputy Clerk*