## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS / ST. JOHN

| | |
|---|---|
| **John St. Rose, Monrose Loctar, and Derrick James, individually and on behalf of all others similarly situated,** <br><br> *Plaintiffs*, <br><br> v. <br><br> **Heavy Materials, LLC, Spartan Concrete Products, LLC, and Warren Mosler,** <br><br> *Defendants.* | Case No. 3:19-cv-00117 <br><br> **Jury Trial Demanded** |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss their claims for relief against Defendant Heavy Materials, LLC without prejudice.

**DATED:** May 11, 2020

Respectfully submitted,

_____
Korey A. Nelson, Esq. (V.I. Bar No. 2012)
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com
mhenry@burnscharest.com

J. Russell B. Pate, Esq. (V.I. Bar No. 1124)
THE PATE LAW FIRM
P.O. Box 890, St. Thomas, USVI 00804
Telephone: (340) 777-7283
Cellular: (340) 690-7283
Facsimile: (888) 889-1132
pate@sunlawvi.com
SunLawVI@gmail.com

## CERTIFICATE OF SERVICE

Pursuant to L.R. 5.4(i)(1), I hereby certify that the foregoing **Notice of Dismissal** was filed electronically, and that service was made on all parties and their counsel was accomplished through the Notice of Electronic Filing.

_____
Korey A. Nelson, Esq.