## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| **JOHN ST. ROSE, MONROSE LOCTAR, and DERRICK JAMES**, individually and on behalf of all others similarly situated, | 3:19-cv-00117 |
| *Plaintiffs*, | JURY TRIAL DEMANDED |
| v. | CLASS ACTION |
| **HEAVY MATERIALS, LLC, SPARTAN CONCRETE PRODUCTS, LLC**, and **WARREN MOSLER**, | |
| *Defendants.* | |

### PLAINTIFFS' UNOPPOSED MOTION TO DISMISS THE CLAIMS OF JOHN ST. ROSE AND DERRICK JAMES

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs move to dismiss the claims of John St. Rose and Derrick James, with all parties to bear their own costs. Neither Mr. St. Rose nor Mr. James wish to continue to prosecute this putative class action.

Defendants Spartan Concrete Products, LLC and Warren Mosler have indicated, through counsel, that they do not oppose the relief sought.

Plaintiffs consulted with former-defendant Heavy Materials, LLC about joining a Rule 41(a)(1)(A)(ii) notice of dismissal, as Spartan and Mosler have answered and Heavy Materials entered an appearance. *See In re: Alumina Dust* Claims, SX-09-MC-031, 2019 WL 5197518 (V.I. Super. 10/15/2019) (lengthy discussion of Rule 41 dismissal notices in a similar context). Heavy Materials declined Plaintiffs' invitation to join the notice. Plaintiffs apprised Heavy Materials of this motion in lieu of a notice, and Heavy Materials has not indicated any objection.

Plts' Unopposed MTD the Claims of John St. Rose and Derrick James
*St. Rose, et. al., v Heavy Materials, et. al.*, 3:19-cv-00117

WHEREFORE, Plaintiffs pray their motion be granted; that the claims of John St. Rose and Derrick James be dismissed, with all parties to bear their own costs; and that this action proceed with Monrose Loctar as the sole named-plaintiff.

**DATED:**   March 4, 2021            Respectfully submitted,

/s/ Jacob Gower
Korey A. Nelson, Esq.
C. Jacob Gower, Esq.
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com
jgower@burnscharest.com

Warren T. Burns, Esq.
Daniel H. Charest, Esq.
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
dcharest@burnscharest.com

J. Russell B. Pate, Esq.
THE PATE LAW FIRM
P.O. Box 890, St. Thomas, USVI 00804
Telephone: (340) 777-7283
Cellular: (340) 690-7283
Facsimile: (888) 889-1132
pate@sunlawvi.com
SunLawVI@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2021, a copy of the foregoing was served on all counsel of record via email.

Plts' Unopposed MTD the Claims of John St. Rose and Derrick James
*St. Rose, et. al., v Heavy Materials, et. al.*, 3:19-cv-00117

/s/ Jacob Gower
C. Jacob Gower, Esq.