| Type | Date | Item | Qty | Sales Price | Amount | Balance |
|---|---|---|---|---|---|---|
| LOCTARMO | | | | | | |
| Invoice | 7/7/15 | 30P6A67SP (3000 PSI 6 Big Rock--2 PUMP) | 5 | 171 | 855 | 855 |
| Invoice | 7/7/15 | 30P6A67SP (3000 PSI 6 Big Rock--2 PUMP) | 10 | 171 | 1710 | 2565 |
| Invoice | 7/7/15 | 30P6A67SP (3000 PSI 6 Big Rock--2 PUMP) | 10 | 171 | 1710 | 4275 |
| Total LOCTARMO | | | 25 | | 4275 | 4275 |