DISTRICT COURT OF THE U.S. VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| John St. Rose, Monrose Loctar, and Derrick James, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*<br><br>v.<br><br>Spartan Concrete Products, LLC, and Warren Mosler<br><br>*Defendants.* | Case No. 3:19-cv-00117<br><br>Jury Trial Demanded<br><br>Putative Class Action |

### DECLARATION OF MONROSE LOCTAR

I, Monrose Loctar, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I make this declaration in support of Plaintiff's Opposition to Spartan Concrete Products, LLC and Warren Mosler's Motion for Summary Judgment.

2. I was not aware of the agreement between Spartan and Heavy Materials to divide the market for ready-mix by island prior to the summer of 2019.

3. When I purchased ready-mix concrete from Spartan on July 7, 2015, I was under the mistaken belief that Spartan had acquired Heavy Materials. I had no reason to believe that their arrangement was unlawful.

4. I am familiar with the Requirement Supply Agreement. I misunderstood Defendants' one question about it at my deposition.

Executed on July 9th, 2021.

_____
Monrose Loctar