| | |
|---|---|
| **From:** | Doug Gurlea <d.gurlea@heavymaterialsvi.com> |
| **Sent:** | Thursday, December 05, 2013 2:38 PM |
| **To:** | Shane Brunt; Thomas Brunt IV |
| **Subject:** | FW: |
| **Flag Status:** | Flagged |

See below. I feel we should hold on the 15 days in 3.2(c). Deleting 5 has no bearing on us. We can have DTF add a confidentiality clause. Agreed?

Best Regards,

Douglas J Gurlea
President
Heavy Materials LLC
Caribbean Sand LLC
CaribBulk Shipping LTD
Virgin Rockworks LLC
7865 Estate Mariendahl
St. Thomas, US Virgin Islands 00802
Phone: (340)775-0100 Extension 107
Fax: (340)777-7499
Cellular: (340)513-0196
Skype: dgurlea
Email: d.gurlea@heavymaterialsvi.com
Website: www.heavymaterialsvi.com
Website: www.caribbulkshipping.com

**From:** mpede1@gmail.com [mailto:mpede1@gmail.com] **On Behalf Of** Michael Pede
**Sent:** Thursday, December 05, 2013 10:24 AM
**To:** Doug Gurlea
**Subject:**

to keep this moving as quickly as possible. on the lease, he wants

3.2c amended to 10 days

5 deleted entirely

he wants a confidentiality clause too.

might be a few more add on. have been able to reach him yet this am.
--
Michael Pede
Valance Co., Inc.
5001 Tamarind Reef, Suite 28
Christiansted, VI 00820

1

CONFIDENTIAL                                                                                                                   HM-GILBERT-001704

Phone: (340) 718-7710
Fax: (340) 718-7715

2

CONFIDENTIAL

HM-GILBERT-001705