Case: 3:19-cv-00417-RAM-RM Document #: 81-3 Filed: 07/13/21 Page 1 of 4
Case: 3:15-cv-00004-CVG-RM Document #: 179-3 Filed: 08/14/17 Page 2 of 13

1

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

---

SPARTAN CONCRETE PRODUCTS, LLC,    )
                                   )
            Plaintiff,             )
                                   )   CASE NUMBER
vs.                                )
                                   )   3:15-cv-00004
ARGOS USVI CORP,                   )
f/k/a Capricement USVI Corp,       )
                                   )
            Defendant.             )
_____)

REPORTER'S TRANSCRIPT

<u>BENCH TRIAL</u>

Monday, July 17, 2017 - A.M. Session

---

BEFORE:         THE HONORABLE CURTIS V. GOMEZ
                District Judge

APPEARANCES:    CHRISTOPHER A. KROBLIN, ESQ.
                MARJORIE B. WHALEN, ESQ.
                Kellerhals Ferguson Kroblin, PLLC
                0953 Estate Thomas, Suite 101
                St. Thomas, VI 00802

                    For the Plaintiff

                CASEY ERIN LUCIER, ESQ.
                HOWARD FELLER, ESQ.
                McGuire Woods, LLP
                800 East Canal St.
                Richmond, VA 23219

---

COURT REPORTER:    CHANDRA R. KEAN, RMR
                   Official Court Reporter
                   Virgin Islands District Court
                   St. Thomas, Virgin Islands

```
1    A.   Yes.
2    Q.   Doug Gurlea -- the third paragraph of this document
3    empowers Doug Gurlea to carry out the authorization
4    reflected in this document; is that correct?
5    A.   Yes.
6    Q.   And the instructions to Doug Gurlea are that he
7    should enter into both the agreement with Spartan with
8    respect to both St. Thomas and St. Croix; is that
9    correct?
10   A.   Yes.
11   Q.   And Doug Gurlea did, in fact, carry out the
12   authorization granted to him in this resolution; is that
13   correct?
14   A.   Yes.
15        MS. LUCIER:  I'd like to show the witness Trial
16   Exhibit 92, please.
17        (Trial Exhibit 92 marked for identification.)
18   BY MS. LUCIER:
19   Q.   Do you recognize this document?
20   A.   Yes.
21   Q.   What is it?
22   A.   It's an e-mail from myself to Doug Gurlea.
23        MS. LUCIER:  I move the admission of Trial
24   Exhibit 92.
25        MR. KROBLIN:  No objection, Your Honor.
```

1       THE COURT: Okay. What's it about?
2       THE WITNESS: It's a, an e-mail from myself to
3   Doug, a draft, giving his approval to send out this
4   e-mail to an export customer in the British Virgin
5   Islands.
6       THE COURT: Okay. 92 is admitted.
7       (Trial Exhibit 92 admitted in evidence.)
8   BY MS. LUCIER:
9   Q.   This e-mail is directed to Doug Gurlea, but the
10  contents of the e-mail included drafts message that you
11  were planning to send to your customer, Nervin; is that
12  correct?
13  A.   Correct.
14  Q.   And Nervin is the customer you referred to in the
15  British Virgin Islands; is that correct?
16  A.   Correct.
17  Q.   You write, "Good morning, Nervin. I wanted to let
18  you know what is going on over here."
19       When you mean "going on over" -- when you wrote
20  "going on over here," you were referring to the US
21  Virgin Islands; is that correct?
22  A.   Yes.
23  Q.   You then write, "This past week Spartan Concrete
24  and Heavy Materials reached an agreement in order to
25  split up the concrete markets in St. Thomas and St.

1   Croix."
2   You were writing this in your draft e-mail to
3   Nervin because that was, in fact, what had happened; is
4   that correct?
5   A.  At the time I wasn't sure of what was going on.  I
6   mean, this was -- I heard rumors.  That's why I was
7   referring this to Doug for review.
8   Q.  You go on to write, "Right now Spartan has pulled
9   out of the concrete business in St. Thomas and, in turn,
10  Heavy Materials has pulled out of the concrete market in
11  St. Croix."
12  You were writing that because that was, in fact,
13  what had happened; is that correct?
14  A.  Yes.
15  Q.  After these events in December of 2013, there was
16  an increase of prices for ready-mix concrete on St.
17  Croix; is that correct?
18  A.  Yes.
19  Q.  In December of 2013 prices were at their lowest
20  point as a result of the price war; is that correct?
21  A.  I believe so, yes.
22  Q.  That was true for both islands, on St. Croix as
23  well as St. Thomas; is that correct?
24  A.  Yes.
25  Q.  After December 2013, there was only one supplier of