# DISTRICT COURT OF THE U.S. VIRGIN ISLANDS
# DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| **Monrose Loctar, individually and on behalf of all others similarly situated,** *Plaintiff,* v. **Spartan Concrete Products, LLC, and Warren Mosler** *Defendants.* | Case No. 3:19-cv-00117 **Jury Trial Demanded** **Putative Class Action** |

I, C. Jacob Gower, Esq., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am co-counsel for the plaintiff in *Jn-Marie v. Spartan Concrete Products, et al.*, ST-17-CV-486 (V.I. Sup. Ct.).

2. Warren Mosler was a defendant, but he was dismissed by order dated October 23, 2019. Plaintiff moved for reconsideration of the dismissal, which was denied.

3. On November 4, 2019, Plaintiff moved for leave to amend the complaint to state four new claims for relief against Mr. Mosler. That motion remains pending.

4. Plaintiff moved to certify a class on June 15, 2020. That motion remains pending, and no class has been certified.

Executed on October 15, 2021.

*/s/ C. Jacob Gower*

C. Jacob Gower, Esq.