# DISTRICT COURT OF THE U.S. VIRGIN ISLANDS
# DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| **Monrose Loctar, individually and on behalf of all others similarly situated,**  *Plaintiff,*  v.  **Spartan Concrete Products, LLC, and Warren Mosler**  *Defendants.* | Case No. 3:19-cv-00117  **Jury Trial Demanded**  **Putative Class Action** |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TO FILE REPLY IN SUPPORT OF HIS SEALED MOTION TO CERTIFY A RULE 23(B)(3) CLASS

Plaintiff Monrose Loctar files this unopposed motion for a brief extension, until May 9, 2022, to file his reply in support of his Motion to Certify a Rule 23(b)(3) class. For the reasons set forth below, Plaintiff believes good cause exists for the extension.

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR AN EXTENSION

All of the undersigned attorneys representing Plaintiff in the above-captioned action are diligently preparing for a trial set to begin on May 2, 2022 in the Superior Court before Judge Alphonso Andrews in a case entitled *Kadar Mohansingh v. Amerada Hess Corp.*, et al, SX-2006-CV-00231. The undersigned wish to provide the above-captioned matter the attention it deserves, but are focused on trial prep at the moment. Accordingly, Plaintiff respectfully requests that the Court grant an extension, until May 9, 2022, to file his reply in support of class certification.

The Undersigned has communicated with counsel for Spartan who have indicated that they do not oppose this Motion.

**DATED:** April 25, 2022      Respectfully submitted,

/s/ H. Rick Yelton, Esq.
H. Rick Yelton, Esq.
Korey A. Nelson, Esq.
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
ryelton@burnscharest.com
knelson@burnscharest.com

Warren T. Burns, Esq.
Daniel H. Charest, Esq.
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
dcharest@burnscharest.com

J. Russell B. Pate, Esq.
THE PATE LAW FIRM
P.O. Box 370
Christiansted, V.I. 00821-0370
Telephone: (340) 777-7283
Facsimile: (888) 889-1132
pate@sunlawvi.com
SunLawVI@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was served on the following individuals on this 25th day of April, 2022 via CM/ECF:

Christopher A. Kroblin, Esq.
Marjorie Whalen, Esq.
KELLERHALS FERBUSON KROBLIN PLLC
Royal Palms Professional Bldg.
9053 Estate Thomas, Suite 101
St. Thomas, VI 00802-3602
ckroblin@kellfer.com
mwhalen@kellfer.com

**Counsel to Spartan Concrete Products, LLC & Warren Mosler**

/s/ H. Rick Yelton, Esq.
H. Rick Yelton, Esq.