DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| MONROSE LOCTAR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>      Plaintiff,<br><br>  v.<br><br>SPARTAN CONCRETE PRODUCTS, LLC, AND WARREN MOSLER<br><br>      Defendants, | Civil No. 2019-117 |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

THIS MATTER is before the Court on the Motion for Admission [ECF 94] of Leila Abu-Orf, Esquire, filed by Korey A. Nelson, Esquire of the Bar of the District Court of the Virgin Islands pursuant to LRCi 83.1(b)(2). The Petitioner has satisfied all the requirements of Rule 83.1(b)(2) of the Local Rules of Civil Procedure and has paid the appropriate fees.

The record shows that Attorney Abu-Orf is currently in good standing in the State of Louisiana. She seeks admission to represent plaintiff Monrose Loctar in this matter.

Upon consideration of the motion, it is

**ORDERED** that the motion is GRANTED and pursuant to LRCi 83.1(b)(2), Leila Abu-Orf, Esquire, is admitted *pro hac vice* to

Order Granting Motion for
Admission Pro Hac Vice
Loctar v. Spartan Concrete
Civil No. 2019-117
Page 2

practice before this Court in this case, and she shall appear before this Court to take the oath prior to such practice; and it is further

**ORDERED** that Attorney Leila Abu-Orf shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during her *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of her admission *pro hac vice*.

s/_____
RUTH MILLER
Magistrate Judge